# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141585

In re J.L. NORDBERG, Minor.
_____/

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellant,

v

                                 SC: 141585
                                 COA: 295233

CHRISTOPHER NORDBERG,          St. Clair Circuit Court Family
      Respondent-Appellee.          Division: 09-000121-NA
_____/

On order of the Court, the application for leave to appeal the July 20, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2010

d0922

                                          Clerk